**RECEIVED**
By United States Marshals Service at 8:06 am, Sep 02, 2025

# UNITED STATES DISTRICT COURT
for the
District of Alaska

FID: 11854993
USMS:
Warrant: 2506-0902-0702-J
NCIC: Not entered by USMS

United States of America
v.
Edward Louis Ehlert

Case No. 3:25-mj-00540-KFR

Defendant

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Edward Louis Ehlert,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 2422(b)    Attempted Coercion and Enticement of a Minor

Date: August 29, 2025

*Issuing officer's signature*

City and state: Anchorage, Alaska

Hon. Kyle F. Reardon, United States Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* 09/02/2025, and the person was arrested on *(date)* 08/27/2025
at *(city and state)* Anchorage, AK.

Date: 09/02/2025

for SA W.Terry (FBI)
*Arresting officer's signature*

G.Adrien (USMS) for W. Terry (FBI)
*Printed name and title*

Case 3:25-mj-00540-KFR    Document 3    Filed 09/02/25    Page 1 of 1